# ALABAMA COURT OF CRIMINAL APPEALS



May 17, 2024

**CR-2022-1368**
Cameron Jamer Cook v. State of Alabama (Appeal from Jefferson Circuit Court:
CC-19-393, CC-19-395, CC-19-396, CC-19-397, CC-19-398, CC-19-399, and CC-21-41)

## <u>NOTICE</u>

You are hereby notified that on May 17, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk